Patrick Jordan                    Oct 28, 2022

I was racially profiled on September 27, 2019 when I went thru the Clearlake Storage unit. My tag was then ran thur the DAVID system and my picture was shown, from there I was followed home by Brevard County Sherriff to 1525 S. Fiske Blvd Apt 236 Rockledge, Fl. 32955.

I was falsely arrested and criminally charged on October 17, 2019 as I was washing my car. My son Trever Jordan watched the task force of Brevard county Sherriff serve me an warrent then took me into custody. That night I bonded out waiting for trail.

During the next few years waiting for trail I was harassed on many ocasions. I've got pictures of Rockledge Police watching my apartment. Along with being pulled over on 9/28/2020 at 2:12 by Brevard County Sheriff. I was Illegally serched and nothing found by Officer ~~morehead~~ Anthony Del Duca ID #3982. On 7/12/2022 I was pulled over by K-9 unit Officer morehead ID#197 and CPL Anderson ID#215 for no reason they had the K-9 dog circle my car and got nothing again.

On 3/2/2021 I was pulled over with my son Jayamya Alleman by Rockledge Police Officer Ris ID# 238 said I was speeding but gave a warning. Being pulled over many time there was never anything found nor a ticket given just harassment by the Officers.

Also my 4th and 6th amenment rights was violated.

*Patrick Jack*

10-28-2022
321-458-1172