

Rockledge Police

9 - 20 - 2022

10:30 Pm



Rockledge Police

8 - 6 - 2022

10:30 PM



Rockledge Police

8-3-2022

9:30 PM

DEPARTMENT

# WARNING

| DAY OF WEEK | MONTH | DAY | YEAR | | |
|---|---|---|---|---|---|
| TUE | JUL | 12 | 2022 | 2217 | ☐ AM  ☑ PM |

NAME, (Print)  FIRST  Patrick  MIDDLE  Lemans  LAST  Jordan

STREET  1525 S. Fiske Blvd  #J36  ☐ IF DIFFERENT THAN ONE ON DRIVER'S LICENSE CHECK HERE

CITY  Rockledge  STATE  FL  ZIP CODE  32955

| TELEPHONE NUMBER | DATE OF BIRTH | MO. 12 | DAY 24 | YEAR 1976 | RACE B | SEX M | HGT. 6'00" |
|---|---|---|---|---|---|---|---|

DRIVER'S LICENSE NUMBER  J635-672-76-464-0

| STATE  Florida | TYPE  4 Dr | YEAR LICENSE EXPIRES  2028 |
|---|---|---|

| YR. VEHICLE | MAKE  Honda | STYLE  4 Dr | COLOR  Gray | IF COM. MTR. VEH. CHECK HERE ☐ |
|---|---|---|---|---|

| VEHICLE LICENSE NO. | STATE | YEAR TAG EXP. |
|---|---|---|

UPON A PUBLIC STREET OR HIGHWAY OR OTHER LOCATION, NAMELY

S. Fiske Blvd / Levitt Pkwy

☒ UNLAWFUL SPEED  60  MPH SPEED APPLICABLE  45

☒ SPEED TO FAST FOR CONDITIONS

☐ RAN STOP SIGN

☐ RAN STOP LIGHT

☐ SEAT BELT VIOLATION

☐ NO CHILD RESTRAINT

☐ LOUD MOTOR VEH. "BOOM CARS"

☐ NO PROOF OF INSURANCE

☐ REGISTRATION NOT CARRIED

☐ VIOLATION RIGHT OF WAY

☐ FOLLOWING TO CLOSELY

☐ TAG VIOLATION (explain) _____

☐ D / L VIOLATION (explain) _____

☐ OTHER: _____

☐ DRIVING TOO SLOWLY

☐ IMPROPER TURN

☐ NO SIGNAL

☐ IMPROPER START

☐ IMPROPER USE OF LIGHTS

☐ DRIVING WITHOUT LIGHTS

☐ VIOLATION OF LOAD LIMITS

☐ FAILED TO DISPLAY FLAGS OR FLARES

☐ NO FLAG OR LIGHT ON PROJECTING LOAD

**IMPROPER PASSING**

☐ SCHOOL BUS

☐ ON CURVE

☐ NO PASSING ZONE

☐ AT INTERSECTION

☐ ONCOMING TRAFFIC

☐ CUTTING IN

☐ ON RIGHT

☐ RAILROAD X-ING

**PARKING**

☐ NO PARKING ZONE

☐ LEFT WHEELS TO CURB

☐ ON SIDEWALK

OFFICER  K9 OFC MOREHEAD  197  I.D. #

CPL ANDERSON  215

RPD-55 (New 12-90)  ORIGINAL - Violator

2022 OCT 31 PM 3:14

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

FILED

they did an illegal Search

I got poll over By
the Sheriff
on 9/28/20
Am 2:12
I was Bining
harassed .



SHERIFF WAYNE IVEY
BREVARD COUNTY SHERIFF'S OFFICE
Deputy Anthony Del Duca ID# 3982
(321) 298-4171

Case #

www.BrevardSheriff.com

Anthony.delduca@bcso.us

**Rockledge Police Department**

3/2/2021
Date

2021- 00006008
Case Number

R.s                    /238
Officer Name              ID#

www.cityofrockledge.org
Phone: 321-690-3988    Fax: 321-690-3996
1776 JACK OATES BOULEVARD
ROCKLEDGE, FL 32955